# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIC X. RAMBERT, | : No. 21 WAP 2020 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| | : August 19, 2020 at No. 308 MD |
| v. | : 2020. |
| | : |
| | : |
| SCOTT A. WOOLF, ACTING BOARD OF | : |
| PROBATION AND PAROLE SECRETARY, | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 30th day of December, 2020, the Application for Summary Relief is GRANTED. The order the Commonwealth Court is AFFIRMED.